**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS (FT. WORTH)**

| | |
|---|---|
| **IN RE:** <br> George Chrisostom, Jr <br> **Debtor(s)** | **Case No.** 18-44344-ELM13 |
| Capital One Auto Finance, a division of Capital One, N.A., <br> **Movant** <br><br> v. <br><br> George Chrisostom, Jr    **Debtor(s)** <br><br> Pam Bassel    **Chapter 13 Trustee** <br><br> **Respondent(s)** | **Chapter** 13 |

**CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE, N.A.'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY RE: 2006 ACURA RL Sedan 4D Navigation AWD , VIN # JH4KB16586C011085 (THE "COLLATERAL")**

PURSUANT TO LOCAL BANKRUPTCY RULE 4001-1(B), A RESPONSE IS REQUIRED TO THIS MOTION, OR THE ALLEGATIONS IN THE MOTION MAY BE DEEMED ADMITTED, AND AN ORDER GRANTING THE RELIEF SOUGHT MAY BE ENTERED BY DEFAULT.

ANY RESPONSE SHALL BE IN WRITING AND FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT ELDON B. MAHON U.S. COURTHOUSE, 501 W. 10TH ST., RM. 147, FORT WORTH, TX 76102-3643, BEFORE CLOSE OF BUSINESS ON JULY 29, 2019, WHICH IS AT LEAST 14 DAYS FROM THE DATE OF SERVICE HEREOF. A COPY SHALL BE SERVED UPON COUNSEL FOR THE MOVING PARTY AND ANY TRUSTEE OR EXAMINER APPOINTED IN THE CASE. ANY RESPONSE SHALL INCLUDE A DETAILED AND COMPREHENSIVE STATEMENT AS TO HOW THE MOVANT CAN BE "ADEQUATELY PROTECTED" IF THE STAY IS TO BE CONTINUED.

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

**COMES NOW,** Capital One Auto Finance, a division of Capital One, N.A. ("Movant"), complaining of George Chrisostom, Jr ("Debtor") and files this Motion for Relief from Stay, and alleges as follows:

1.    This United States Bankruptcy Court for the Northern District of Texas has jurisdiction over this proceeding pursuant to 28 U.S.C. §§ 157 and 1334 and 11 U.S.C. § 362. This is a core proceeding within the meaning of 28 U.S.C. §§ 157(b)(2)(A), (G), and (O).

2. On November 03, 2018, Debtor filed a voluntary bankruptcy petition under Chapter 13 of Title 11 of the United States Code.

3. Movant holds a security interest in the vehicle of Debtor identified as a 2006 ACURA RL Sedan 4D Navigation AWD, V.I.N. # JH4KB16586C011085 (the "Collateral"). Copies of the Retail Installment Sales Contract and proof of the certificate of title are attached to the Affidavit as Exhibits "A" and "B," respectively.

4. As of filing of the Motion, Debtor owes a contract balance to Movant of $19,333.95.

5. The monthly payments are $323.79, due on the 12th day of each month.

6. Debtor is in default. The account was due for the January 12, 2017, payment and all payments due since that time. A copy of the payment history is attached to the Affidavit as Exhibit "D."

7. The estimated replacement value a retail merchant would charge for the Collateral is $5,375.00. A copy of the vehicle valuation is attached to the Affidavit as Exhibit "C."

8. On information and belief, Debtor may not have the Collateral insured with full coverage insurance listing Movant as loss payee. Movant demands proof of and maintenance of full coverage insurance of the Collateral showing Movant as a loss payee.

9. Cause to lift the stay exists because Movant's interest in the Collateral is not adequately protected pursuant to 11 U.S.C. § 362(d)(1). Movant has not been provided proof of insurance and the value of the Collateral continues to decline.

10. Cause to lift the stay exists under 11 U.S.C. § 362(d)(1) because Debtor has defaulted on payments owed to Movant and the Collateral continues to depreciate in value.

11. Further cause exists to lift the stay because Debtor has no equity in the Collateral and the Collateral is not necessary for an effective reorganization pursuant to 11 U.S.C. §362(d)(2).

12. Continuation of the automatic stay pursuant to 11 U.S.C. § 362(a) will work real and irreparable harm to Movant and may deprive Movant of the adequate protection to which they are entitled under 11 U.S.C. §§ 361 and/or 362.

13. Movant asks the Court to waive the 14-day stay under Rule 4001(a)(3) for any order granting relief from the automatic stay because there is no equity in the Collateral and the value of the Collateral continues to depreciate.

WHEREFORE, Movant asks the Court to enter an order granting relief from the automatic stay imposed pursuant to 11 U.S.C. § 362 and waiving the 14-day stay of such order under Rule 4001(a)(3). In the event that the Court fails to terminate the automatic stay, Movant asks the Court to enter an order adequately protecting Movant's interest in the Collateral. Movant also asks that any order granted under this motion shall remain in effect in the event that this case is converted to another bankruptcy chapter. Movant asks for such other and further relief to which it is justly entitled.

Respectfully submitted:

Sissac Legal Group P.C.

*/s/ Joshua M. DeVard*
Joshua M. DeVard
Texas State Bar No. 24101319
2201 Long Prairie Rd. St. 107 PMB 292
Flower Mound, TEXAS 75022
Telephone: (888) 220-0919
Fax: (214) 602-5642
josh@creditor-rights.com

Attorney For Movant, Capital One Auto Finance, a division of Capital One, N.A.

**CERTIFICATE OF CONFERENCE**

I hereby certify that, on June 13, 2019, at 08:45 AM, my office sent an email to counsel for the Debtor concerning this Motion. Counsel informed my office that Debtor is opposed.

*/s/ Joshua M. DeVard*

## CERTIFICATE OF SERVICE

    I hereby certify that on July 15, 2019, a true and correct copy of the above notice and attached motion shall be served via electronic means, if available, otherwise by regular, first class mail, to:

*Via CM/ECF to Counsel for Debtor:*
Weldon Reed Allmand
Allmand Law Firm PLLC
860 Airport Freeway Suite 401
Hurst, TX 76054
dallasecf@allmandlaw.com

*Via CM/ECF to Chapter 13 Trustee:*
Pam Bassel
7001 Blvd 26, Suite 150
North Richland Hills, TX 76180
fwch13cmecf@fwch13.com

*Via US Mail to Debtor:*
George Chrisostom, Jr
4305 Biscayne Dr
The Colony, TX 75056

*Via CM/ECF to US Trustee:*
U.S. TRUSTEE
1100 Commerce Street,
Room 976
Dallas, TX 75242
ustpregion06.da.ecf@usdoj.gov


    */s/ Candace M. Murphy*
    Candace M. Murphy